UNITED STATES of America, Plaintiff,

v.

John C. McBRIDE, Defendant.

Criminal No. 13–10195–PBS.

United States District Court, D. Massachusetts.

Signed June 4, 2015.

Mark J. Balthazard, United States Attorney's Office, Boston, MA, for Plaintiff.

Charles P. McGinty, Federal Public Defender Office, Boston, MA, for Defendant.

## *ORDER*

SARIS, District Judge.

Pursuant to its authority under 18 U.S.C. § 3583(e), the Court hereby modifies Defendant John C. McBride's conditions of supervised release and adds the following special condition of supervised of release: McBride will "satisfy his tax liability to the IRS and comply with any tax repayment schedule established by the IRS." *United States v. Thomas,* 635 F.3d 13, 21–22 (1st Cir.2011).